IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MARK MOSLEY**                                                                                          **PLAINTIFF**

vs.                                      No. 1:20-cv-1040-SOH

**HYDROSTATIC OIL TOOLS, INC., DEVIN**                                          **DEFENDANTS**
**DEW, RANDY PHARR and BILLY PHARR**

**JOINT NOTICE OF SETTLEMENT**

    The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The Parties are in the process of finalizing settlement terms and expect to file their Joint Stipulation of Dismissal with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**MARK MOSLEY, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANTS HYDROSTATIC OIL TOOLS, LLC, AND DEVIN DEW, RANDY PHARR, AND BILLY PHARR**

BELL, BOYD & McMAHEN, PLLC
100 North Court Square
Post Office Box 841
Magnolia, Arkansas 71754-0841
Telephone: (870) 234-6111

Michael W. Boyd
Ark. Bar No. 97199
mboyd@bell-boyd.net

/s/ *Jennifer Jameson McKendree*
Jennifer Jameson McKendree
Ark. Bar No. 2007190
jmckendree@bell-boyd.net